# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, Plaintiffs, vs. ROSELENE PAINTING, INC., an Illinois corporation, | ) ) ) ) ) ) ) ) ) | 06 C 3018 Judge Kennelly Magistrate Judge Keys |

## AFFIDAVIT OF RICHARD WOLF

RICHARD WOLF, upon being first sworn on oath, deposes and states, as follows:

1. I am the principal of Richard J. Wolf and Company, Inc., ("the company"), an auditing firm.

2. The Plaintiffs requested that the company perform a fringe benefit contribution compliance audit of the books and records of the defendant.

3. The defendant produced books and records but his document production is not complete.

4. Documents were provided in part for the audit period from July 1, 2005 through December 31, 2006.

5. The audit disclosed that $2,512.72 is owed to the Funds, as follows:

| | |
|---|---|
| Contributions | $1,296.66 |
| Liquidated damages | 194.49 |
| Prior liquidated damages | 301.57 |
| Audit costs | 720.00 |
| Total | $2,512.72 |

6. This amount does not include any amounts for interest, or attorney's fees and costs.

7. I am suffering from no incapacities and am competent to testify to the truth of the foregoing statements herein.

_____
RICHARD WOLF

Subscribed and sworn to before me this 3rd day of April, 2007.

_____
Notary Public

OFFICIAL SEAL
LAURA TRLAK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/10/09