IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al., | ) ) ) | 08 C 1300 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Judge Dow |
| | ) | Magistrate Judge Keys |
| RUBIN ANDERSON, Individually, | ) ) | |
| Defendant. | ) | |

JUDGMENT ORDER

This cause, coming to be heard upon Plaintiffs' Motion for Order of Default and for Judgment in Sum Certain, all parties having notice,

IT IS HEREBY ORDERED THAT:

A.  The Defendant is in default.

B.  Final judgment is entered in favor of Plaintiffs and against the Defendant RUBIN ANDERSON in the amount of $2,512.72. The judgment amount is limited to the audit period from July 1, 2005 through December 31, 2006.

                                                Enter: _____
                                                               Hon. Robert Dow

                                                Date: _____

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312)236-0415