IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | No.    08 C 1300 |
| v. | ) ) | Judge  Dow |
| RUBIN ANDERSON, individually | ) ) | Magistrate Judge |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO:**   Rubin Anderson
         12406 East Central
         Hopkins Park, IL 60954

**PLEASE TAKE NOTICE** that on **July 3, 2008 at 9:15 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Judge Dow**, in the **Courtroom 1919** usually occupied by him in the Federal District Court, 219 S. Dearborn Street. Chicago, Illinois, and then and there move and present the attached Plaintiffs' Motion for Order of Default and for Judgment in a Sum Certain.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, HEALTH AND WELFARE, AND DEFERRED SAVINGS PLAN TRUST FUNDS,**

By: s/ James R. Anderson
    One of their Attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

## PROOF OF SERVICE

I hereby certify that on the 25th day of June 2008, a copy of the Plaintiffs' Motion for Order of Default and for Judgment in a Sum Certain and Notice of Motion was filed electronically. A copy was sent to the named individuals at their respective addresses by placing same in an envelope and depositing the same in the U. S. Mail located at Dearborn and Jackson Streets on this 25th day of June, at or before the hour of 5:00 p.m.

        Rubin Anderson
        12406 East Central
        Hopkins Park, IL 60954

        s/James R. Anderson
        ARNOLD AND KADJAN
        19 W. Jackson Blvd., Suite 300
        Chicago, IL 60604
        Telephone No.: (312) 236-0415
        Facsimile No.: (312) 341-0438
        Dated: June 25, 2008