Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1300 | **DATE** | 7/3/2008 |
| **CASE TITLE** | Trustees Chgo. Painters, etc., et al. Vs. Rubin Anderson | | |

**DOCKET ENTRY TEXT**

MOTION by Plaintiff Trustees of the Chicago Painters and Decorators Pension, Welfare, Savings, Apprenticeship, Scholarship, and Cooperation Funds for order of Default and Judgment in a Sum Certain [12] is granted. ENTER JUDGMENT ORDER: 1. The Defendant is in default. 2. Final judgment is entered in favor of Plaintiffs and against Defendant Rubin Anderson in the mount of $2,512.72. The judgment amount is limited to the audit period from July 1, 2005 through December 31, 2006.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | | Courtroom Deputy Initials: | TBK |
|---|---|---|---|